■ In the Matter of PEDRO H., a Person Alleged to be a Juvenile Delinquent, Appellant. [43 NYS3d 325]—

Order of disposition, Family Court, Bronx County (Sidney Gribetz, J.), entered on or about March 9, 2015, which adjudicated appellant a juvenile delinquent upon a fact-finding determination that he committed an act that, if committed by an adult, would constitute the crime of criminal possession of a firearm, and committed the act of unlawful possession of a weapon by a person under 16, and placed him on probation for a period of 12 months, unanimously affirmed, without costs.

The court properly exercised its discretion when it adjudicated appellant a juvenile delinquent and imposed a period of enhanced supervision probation, which was the least restrictive dispositional alternative consistent with appellant's needs and the community's need for protection (*see Matter of Katherine W.*, 62 NY2d 947 [1984]). A six-month adjournment in contemplation of dismissal would not have provided a long enough period of supervision, given the seriousness of the of-

fense, which involved possession of a revolver under suspicious surrounding circumstances indicating that appellant may have been involved in additional criminal activity while acting in concert with others, and given appellant's poor record in school and while in custody. Concur—Sweeny, J.P., Renwick, Richter, Manzanet-Daniels and Kapnick, JJ.